**Carl HOOD, Appellant, v. James A. JOHNSTON, Warden, U. S. Penitentiary, Alcatraz, Cal., Appellee.**

No. 10821.

Circuit Court of Appeals, Ninth Circuit.

July 12, 1944.

Carl Hood, in pro. per.

Frank J. Hennessy, U. S. Atty., and Joseph Karesh, Asst. U. S. Atty., both of San Francisco, Cal., for appellee.

Before GARRECHT, DENMAN, and MATHEWS, Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties and good cause therefor appearing, it is ordered that the appeal in above cause be dismissed, that a decree of dismissal be filed and entered accordingly and the mandate of this Court in this cause issue forthwith.